

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ROBERT ANTHONY SMITH,

    Petitioner,

vs.

E. K. MCDANIEL, et al.,

    Respondents.

Case No. 3:08-CV-00335-RCJ-(RAM)

**ORDER**

    Petitioner has submitted a motion to reopen case (#33), having exhausted his available state-court remedies. Good cause appearing;

    IT IS THEREFORE ORDERED that petitioner's motion to reopen case (#33) is **GRANTED**. This action is **REINSTATED**.

    IT IS FURTHER ORDERED that respondents shall have forty-five (45) days from the date on which this order is entered to answer or otherwise respond to the first amended petition (#20). If respondents file and serve an answer, then they shall comply with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, and then petitioner shall have forty-five (45) days from the date on which the answer is served to file a reply.

    Dated: March 18, 2011

                                  ROBERT C. JONES
                                  United States District Judge