# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ROBERT ANTHONY SMITH,

    Petitioner,

vs.

RENEE BAKER, et al.,

    Respondents.

Case No. 3:08-CV-00335-RCJ-(WGC)

**ORDER**

Respondents have submitted a motion for ten-day enlargement of time to file answer to petition for writ of habeas corpus (second request) (#49), which the court grants.

Respondents also have submitted a motion for substitution of respondent (#50), which the court grants.

IT IS THEREFORE ORDERED that respondents' motion for ten-day enlargement of time to file answer to petition for writ of habeas corpus (second request) (#49) is **GRANTED**. Respondents shall have through February 2, 2012, to file and serve an answer to the first amended petition (#20).

IT IS FURTHER ORDERED that respondents' motion for substitution of respondent (#50) is **GRANTED**. Renee Baker is substituted for E. K. McDaniel as respondent.

Dated: This __23rd__ day of February, 2012.

_____
ROBERT C. JONES
Chief United States District Judge