UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ROBERT ANTHONY SMITH,

    Petitioner,                                3:08-cv-00335-RCJ-WGC

vs.

                                                      **ORDER**

RENEE BAKER, *et al.*,

    Respondents.

_____/

In this habeas corpus action, the petitioner, Robert Anthony Smith, filed a first amended petition for writ of habeas corpus (ECF No. 20) on April 20, 2009. On June 9, 2009, the case was stayed, upon a stipulation of the parties, to allow Smith to exhaust claims in state court (ECF Nos. 31, 32). The stay was lifted on March 18, 2011 (ECF No. 37). Respondents then filed a motion to dismiss, and the court ruled on that motion on November 4, 2011, granting it in part and denying it in part, and dismissing three of the claims in Smith's first amended habeas petition (Grounds 4, 5 and 7) (ECF No. 46). Respondents filed an answer on February 3, 2012, responding to Smith's remaining claims (ECF No. 52). Smith filed a reply on May 17, 2012 (ECF No. 59).

Between October 2013 and September 2014, the progress of the case was delayed by proceedings regarding Smith's representation (ECF Nos. 62, 63, 64, 65, 66). Ultimately, Smith's counsel filed a motion to withdraw (ECF No. 64), which was granted (ECF No. 65), and the court appointed new counsel for Smith (ECF No. 66).

The court then granted Smith's new counsel time to become familiar with the case, and determine whether further amendment of Smith's petition was necessary (ECF Nos. 66, 67, 68, 69, 70). On June 12, 2015, Smith's counsel filed a notice (ECF No. 73) stating that Smith will not file a second amended petition.

In view of the time that has passed since respondents' answer and Smith's reply were filed, the court will grant the parties an opportunity to supplement that briefing, if necessary, before the court addresses the merits of the remaining claims in Smith's first amended habeas petition.

**IT IS THEREFORE ORDERED** that respondents shall have **30 days** from the date of entry of this order to file and serve a supplement to their answer and/or a surreply, if they deem it necessary to do so. Thereafter, petitioner shall have **30 days** from the date on which respondents file and serve such document, or from the due date for that document if one is not filed, to file and serve a supplement to his reply and/or a response to a surreply. *The court will not look favorably upon any motion to extend these deadlines.*

Dated this 16th day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE